FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 10, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEVEL UP LLC,<br><br>                Plaintiff,<br><br>v.<br><br>LEVEL UP BARCADE INC.,<br><br>                Defendant. | No. 4:19-cv-05213-SMJ<br><br>**ORDER DISMISSING CASE** |

On September 20, 2019, Plaintiff Level Up LLC filed a notice of voluntary dismissal, ECF No. 13. Defendant Level Up Barcade Inc. has served neither an answer nor a summary judgment motion. Consistent with Plaintiff's notice and Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED**:

**1.** Plaintiff's Notice of Settlement and Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **ECF No. 13**, is **ACKNOWLEDGED**.

**2.** All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE **-** 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of October 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE - 2